UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STACEY RENEE WILLIAMS,<br><br>  Defendant. | NO: CR-07-2010-WFN<br><br>ORDER DISMISSING<br>INDICTMENT |

Upon motion of the Plaintiff, United States of America,

IT IS HEREBY ORDERED that Indictment as to Defendant Stacey Renee Williams is hereby dismissed.

DATED this 26th day of March, 2008.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE